HENRY KUDLACZ *v.* LINDBERG HEAT TREATING
COMPANY ET AL.

The plaintiff's petition for certification for appeal
from the Appellate Court, 49 Conn. App. 1 (AC 17337),
is granted, limited to the following issue:

"Did the Appellate Court properly affirm the decision
of the compensation review board that it lacked subject
matter jurisdiction over the plaintiff's appeal because
it was untimely, pursuant to General Statutes § 31-
301 (a)?"

The Supreme Court docket number is SC 15994.

*Jacek I. Smigelski,* in support of the petition.

*Richard S. Bartlett,* in opposition.

Decided September 15, 1998

THOMAS BUSH *v.* COMMISSIONER OF CORRECTION

The petitioner Thomas Bush's petition for certifica-
tion for appeal from the Appellate Court, 49 Conn. App.
902 (AC 17358), is denied.

*David B. Rozwaski,* in support of the petition.

*Frederick W. Fawcett,* assistant state's attorney, in
opposition.

Decided September 15, 1998